UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| LOMACK, et al., | : | |
| | : | |
| Plaintiffs, | : | Civil Case No. 04-6085 (FSH) |
| | : | |
| v. | : | **OPINION and ORDER** |
| | : | |
| CITY OF NEWARK, et al., | : | Date: December 12, 2007 |
| | : | |
| Defendants. | : | |

**HOCHBERG, District Judge**

This matter having come before the Court upon Defendants' request for an adjournment of the Settlement Conference scheduled before this Court on December 19, 2007; and

it appearing that the Court's December 6, 2007 order scheduling a Settlement Conference notes the limited circumstances for which the Court will adjourn a Settlement Conference;[1] and

it appearing that Defendants' counsel requests an adjournment of the Settlement Conference because of a "training seminar scheduled that same day." See Letter from Stefani C. Schwartz, DKT#83; and

---

[1] Paragraph 6 of the Court's December 6, 2007 order reads as follows:

Finally, the senior attorney responsible for this case is directed to e-mail Deputy Clerk . . . to confirm his or her attendance at this conference. . . .Adjournments will be permitted only if the lead counsel is actually on trial or otherwise previously scheduled to appear in another court on the date scheduled. If so, please send a written request for adjournment stating grounds for the request, including the name of the judge before whom the trial or other matter is being held and a phone number where that judge can be reached. Oral requests for adjournments will not be considered.

Order, Dec. 6, 2007, DKT#78.

it appearing that Defendants' counsel has also requested adjournment because "it would be difficult to secure the attendance of [the parties'] clients."  See id.; and

it appearing that a neither a training seminar nor "difficulty in secur[ing] the attendance" of the parties' clients are among the scheduling conflicts listed in paragraph 6 of the Court's December 6, 2007 order;

**ACCORDINGLY**, it is on this 12th day of December, 2007

**ORDERED** that the settlement conference scheduled for December shall be adjourned until **January 8, 2008 at 1 pm**; and it is further

**ORDERED** that the parties shall nevertheless submit their Settlement Conference Statements in accord with paragraph 4 of the Court's December 6, 2007 order no later than December 19, 2007; and it is further

**ORDERED** that no further adjournments will be granted except for good cause as described in paragraph 6 of the Court's December 6, 2007 order; and it is further

**ORDERED** that all other provisions of the Court's December 6, 2007 order remain in force, and that failure to abide by the Court's stated procedures may result in sanctions.

/s/ Faith S. Hochberg

HON. FAITH S. HOCHBERG, U.S.D.J.