UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| LOMACK, et al., | : |
| Plaintiffs, | : Civil Case No. 04-6085 (FSH) |
| v. | : **OPINION and ORDER** |
| CITY OF NEWARK, et al., | : Date: March 7, 2008 |
| Defendants. | : |

**HOCHBERG, District Judge**

This matter having come before the Court upon Plaintiffs' February 29, 2008 letter (DKT#106) requesting that this Court enter the order enclosed therein pursuant to Local Rule 7.1(e); and

it appearing that Defendants oppose the entry of Plaintiffs' proposed order (DKT#107).

**ACCORDINGLY IT IS** on this 7th day of March, 2008

**ORDERED** that Plaintiffs' request is **DENIED**.

/s/ Faith S. Hochberg

**HON. FAITH S. HOCHBERG, U.S.D.J.**